**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**


FLORIDA DEPARTMENT OF FINANCIAL
SERVICES, as receiver for AMERICAN
SUPERIOR INSURANCE COMPANY, and
as assignee of William Van Meter, Timothy
Renfro, William S. Latta, Gregory D.
Hudson, and Richard Duer,

      Plaintiff,

vs.                                         CASE NO. 4:11cv242/RS-WCS

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH,
PENNSYLVANIA,

      Defendants.
_____/


## ORDER

      Before me is the Report of Parties' Planning Meeting (Doc. 10).  The parties are

directed to file an amended joint report not later than July 22, 2011, which provides for

a deadline for completion of all discovery not later than January 31, 2012, and jury trial

on April 2, 2012, or April 16, 2012.


      **ORDERED** on July 11, 2011.


                      /S/ Richard Smoak_____
                      **RICHARD SMOAK**
                      **UNITED STATES DISTRICT JUDGE**